GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada  89135
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
*Attorney for Defendant*
*National Consumer Telecom & Utilities Exchange, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FERDINAND LOZADA,<br><br>            Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC; NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; CLARITY SERVICES, INC. and BACKGROUNDCHECKS.COM LLC,<br><br>            Defendants. | **Case No. 2:25-cv-00011-BNW**<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC. TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant National Consumer Telecom & Utilities Exchange, Inc. ("NCTUE") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that NCTUE's time to answer, move or otherwise respond to the Complaint in this action is extended from February 10, 2025 through and including **March 12, 2025**. The request was made by NCTUE so that it can have an opportunity

//

//

to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves.  This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 3rd day of February, 2025.

| | |
|---|---|
| CLARK HILL PLLC | <u>**No opposition**</u> |
| | /s/ Gerardo Avalos |
| By: /s/*Gia N. Marina* | George Haines, Esq. |
| Gia N, Marina | Nevada Bar No. 9411 |
| 1700 South Pavilion Center Drive, Suite 500 | Gerardo Avalos |
| Las Vegas, Nevada  89135 | Nevada Bar No. 15171 |
| Telephone:  (702) 862-8300 | FREEDOM LAW GROUP |
| Facsimile:  (702) 778-9709 | 8985 S. Eastern Ave., Suite 350 |
| Email: gmarina@clarkhill.com | Henderson, NV 89123 |
| *Attorney for Defendant National Consumer Telecom & Utilities Exchange, Inc.* | Phone: (702) 880-5554 |
| | Fax: (702) 385-5518 |
| | Email: ghaines@freedomlegalteam.com |
| | Email: gavalos@freedomlegalteam.com |
| | *Attorneys for Plaintiff* |

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED:  2/4/2025

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and exact copy of the foregoing has been served this 3rd day of February, 2025, via CM/ECF, upon all counsel of record:

                        By: /s/*Gia N. Marina*
                        Gia N. Marina
                        Nevada Bar No. 15276
                        1700 South Pavilion Center Drive, Suite 500
                        Las Vegas, Nevada  89135
                        Telephone:  (702) 862-8300
                        Facsimile:  (702) 778-9709
                        Email: gmarina@clarkhill.com