George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Ferdinand Lozada*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Ferdinand Lozada,<br><br>Plaintiff,<br>v.<br><br>Equifax Information Services LLC;<br>National Consumer Telecom & Utilities Exchange, Inc.; Clarity Services, Inc. and Backgroundchecks.com LLC,<br><br>Defendants. | Case No.: 2:25-cv-00011<br><br>**Stipulation for dismissal of Equifax Information Services LLC with prejudice.** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Ferdinand Lozada and Equifax Information Services LLC stipulate to dismiss Plaintiff's claims against Equifax Information Services LLC with prejudice.

///
///
///
///
///

_____

STIPULATION                                          - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: March 28, 2025.

**FREEDOM LAW FIRM**

/s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Ferdinand Lozada*

**CLARK HILL PLLC**

/s/ *Gia N. Marina*
Gia N. Marina, Esq.
Clark Hill PLLC
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
*Counsel for Equifax Information Services LLC*

IT IS SO ORDERED:

_____
UNITES STATES MAGISTRATE JUDGE

DATED: 3/31/2025

_____

STIPULATION                    - 2 -